**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**LEROY GRIFFITH**
Reg. # 25039-001                                                                                       **PETITIONER**

v.                            Case No. 2:14-cv-00096 KGB/JTR

**C.V. RIVERA,**
Warden, FCI Forrest City                                                                        **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 10). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

The Court denies as moot petitioner Leroy Griffith's petition for a writ of habeas corpus and dismisses with prejudice this case.

SO ORDERED this 21st day of May, 2015.

*[signature: Kristine G. Baker]*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE