IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LEROY GRIFFITH**
Reg. # 25039-001                                                                                   PETITIONER

v.                          Case No. 2:14-cv-00096 KGB/JTR

**C.V. RIVERA,**
Warden, FCI Forrest City                                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this habeas action is dismissed with prejudice. The Court will not issue a certificate of appealability because petitioner Leroy Griffith has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ADJUDGED this 21st day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE